UNITED STATES DISTRICT COURT
FOR THE Eastern DISTRICT OF Louisiana

| | |
|---|---|
| John M. Jones <br> Petitioner, <br><br> vs, <br><br> UNITED STATES OF AMERICA <br> RESPONDENT | Case No.: 00-00368-001 |

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAR 12 2008
LORETTA G. WHYTE
CLERK

TENDERED FOR FILING

MAR 12 2008
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

TENDERED FOR FI[LING]

MAR 12 2008
U.S. DISTRICT COUR[T]
Eastern District of Louisia[na]
Deputy Clerk

___ Fee_____
___ Process_____
_X_ Dktd_____
_X_ CtRmDep_____
___ Doc. No._____

MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. §3582(c)(2), UNITED STATES SENTENCING GUIDELINES §2D1.1(c) AS AMENDED NOVEMBER 1, 2007, and MADE RETROACTIVE ON DECEMBER 11, 2007, AND ANY OTHER RELIEF AVAILABLE UNDER THE COURTS DISCRETION.

NOW COMES, PETITIONER, John M. Jones ,By and through Pro Se and respectfully moves this Honorable Court for a reduction of sentence imposed by this court based upon United States Sentencing Guidelines that are now used in an advisory capacity.

In support thereof, the petitioner says as follows:

1. That he was convicted on May 8, 2002 in the United States District Court for the Eastern District of Louisiana

Of U.S.C. §

    2. That his sentence was based upon §2D1.1(c), unlawful manufacturing, Importing, Exporting, or Trafficking, (including possession with intent to commit these offenses); Attept or conspiracy.

    3. That as of November 1, 2007 the UNITED STATES SENTENCING GUIDELINES HAS BEEN AMENDED, thus reducing "Crack" sentences by two(2) levels.

    4. Petitioner ask that these pleadings are held to a less stringent standard than formal pleadings drafted by attorneys. (citing HAINES v. KERNER 404 U.S. 519 (1972).

    **THEREFORE, FOR THE ABOVE STATED REASONS** the petitioner urges this Honorable Court for a reduction of sentence, and for any other relief unto this Court may seem just and proper.

    Respectfully Submitted,

Dated This 19 day of February, 2008.

*John Jones*
Petitioner, Pro Se

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the forgoing was mailed to the counsel for the respondent, first class postage prepaid, and properly addressed, on this <u>19</u> day of <u>**February**</u>, 2008

    TO: Assistant U.S. Attorney
        Mathew M. Coman
        501 Magazine Street, 2nd Floor.
        New Orleans, Louisiana
                70130

_/s/ John Jones_
PETITIONER, PRO SE

```
                    Mr. John M. Jones
                    Reg. No. 27306-034
                    FCI Beaumont-Low
                    P.O. Box 26020
                 Beaumont, Texas. 77720-6020
```

TO: The Hon. Judge / Magistrate Presiding
    United States District Court
         For The
    Eastern District Of Louisiana          Feb. 19, 2008
    Case / Docket No: 00-00368-001

Subject Matter: Attachments To Motion
                For Reduction Of Sentence.
                ( Certificates / Accomplishments
                    Of Incarceration ).


Dear Hon. Judge / Magistrate:


   Herein enclosed and attached hereto this motion for reduction of sentence, you will find copies of various accomplishments I have made during my incarceration. Please take these various accomplishments into consideration when making a decision on the motion at hand. ( I Thank You For Your Assistance And Consideration In This Ongoing Matter ).


I Respectfully Remain: Mr. John M. Jones

*[signature]*
Mr. John M. Jones

**TENDERED FOR FILING**

MAR 1 2 2008

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk