TENDERED FOR FILING

FEB 26 2008

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

FILED   FEB 25 2008

LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT
FOR THE Eastern DISTRICT OF Louisiana

RECEIVED

FEB 25 2008

CHAMBERS OF
U. S. DISTRICT JUDGE
STANWOOD R. DUVAL, JR.

)
)
)
John M. Jones                              )
      Petitioner,                          )
                                           )
                                           )
      vs,                                  )    Case No.: 00-00368-001  K(4)
                                           )
                                           )
                                           )
UNITED STATES OF AMERICA                   )
      RESPONDENT                           )
                                           )
                                           )

MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. §3582
(c)(2), UNITED STATES SENTENCING GUIDELINES §2D1.1(c) AS AMENDED
NOVEMBER 1, 2007, and MADE RETROACTIVE ON DECEMBER 11, 2007, AND
ANY OTHER RELIEF AVAILABLE UNDER THE COURTS DISCRETION.

NOW COMES, PETITIONER, John M. Jones           ,By and through Pro se,

and respectfully moves this Honorable Court for a reduction of

sentence imposed by this court based upon United States Sentencing

Guidelines that are now used in an advisory capacity.

Fee
Process
X Dktd
X CtRmDep
Doc. No.

In support thereof, the petitioner says as follows:

     1.  That he was convicted on May 8, 2002     in the United

States District Court for the  Eastern   District of  Louisiana

Of U.S.C. §

2.  That his sentence was based upon §2D1.1(c), unlawful manufacturing, Importing, Exporting, or Trafficking, (including possession with intent to commit these offenses); Attept or conspiracy.

3. That as of November 1, 2007 the UNITED STATES SENTENCING GUIDELINES HAS BEEN AMENDED, thus reducing "Crack" sentences by two(2) levels.

4. Petitioner ask that these pleadings are held to a less stringent standard than formal pleadings drafted by attorneys. (citing HAINES v. KERNER 404 U.S. 519 (1972).

THEREFORE, FOR THE ABOVE STATED REASONS the petitioner urges this Honorable Court for a reduction of sentence, and for any other relief unto this Court may seem just and proper.

Respectfully Submitted,

Dated This 19 day of February , 2008.

_____
Petitioner, Pro Se

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the forgoing was mailed to the counsel for the respondent, first class postage prepaid, and properly addressed, on this <u>19</u> day of <u>February</u>, 2008

TO: Assistant U.S. Attorney
Mathew M. Coman
501 Magazine Street, 2nd
Floor.
New Orleans, Louisiana
70130

PETITIONER, PRO SE

3

Mr. John M. Jones
Reg. No. 27306-034
FCI Beaumont-Low
P.O. Box 26020
Beaumont, Texas. 77720-6020


TO: The Hon. Judge / Magistrate Presiding
    United States District Court
            For The
    Eastern District Of Louisiana    Feb. 19, 2008
    Case / Docket No: 00-00368-001

Subject Matter: Attachments To Motion
                For Reduction Of Sentence.
                ( Certificates / Accomplishments
                  Of Incarceration ).


Dear Hon. Judge / Magistrate:


    Herein enclosed and attached hereto this motion for reduction

of sentence, you will find copies of various accomplishments

I have made during my incarceration. Please take these various

accomplishments into consideration when making a decision on

the motion at hand. ( I Thank You For Your Assistance And Con-

sideration In This Ongoing Matter ).


I Respectfully Remain: Mr. John M. Jones

Mr. John M. Jones



# CERTIFICATE OF COMPLETION

## PRESENTED TO:

### JOHN JONES

*Has Successfully Completed the Course Work for Entrepreneur Opportunities*

_____
Supervisor of Education

_____
Tutor
P. Edwards
Education Specialist

9/16/03
Date



# Certificate of Graduation

### This Certifies That

## JOHN JONES

Has completed an individual GED Program as prescribed by the Education Department at F.C.I. Yazoo City, Mississippi and is therefore entitled to this certificate given in the year Two Thousand and Three



Supervisor of Education

Instructor

# Certificate of Graduation

### This Certifies That

## JOHN JONES

Has completed an individual Exploratory Culinary Arts Class as prescribed by the Education Department at F.C.I. Yazoo City, Mississippi and is therefore entitled to this certificate

given April 24, 2004



_Supervisor of Education_

_Instructor_



# THE MISSISSIPPI HOSPITALITY & RESTAURANT ASSOCIATION

PRESENTS

## JOHN JONES

THIS CERTIFICATE AS RECOGNITION OF COMPLETION OF THE PROSTART HOSPITALITY TRAINING PROGRAM

DATE: DECEMBER 10, 2004

MIKE CASHION
EXECUTIVE DIRECTOR

Mississippi Hospitality & Restaurant Association



# Certificate of Graduation

## This Certifies That

### John Jones

Has completed an individual Culinary Arts Program as prescribed by the Education/Vocational Training Department at Yazoo City, Mississippi, and is therefore entitled to this certificate given in the year Two Thousand and Five.

Supervisor of Education

Training Instructor



# ServSafe

# ServSafe® Certification

**EXAMINATION FORM NO :** 4213
**CERTIFICATION NO :** 4296399

TO **JOHN M JONES**

*Presented by the National Restaurant Association Educational Foundation*

for successfully completing the standards set forth by the National Restaurant Association Educational Foundation for the ServSafe® Food Protection Manager Certification Examination, which is accredited by the American National Standards Institute (ANSI)-Conference for Food Protection (CFP).

DATE OF EXAMINATION

2/7/2005

DATE OF EXPIRATION

2/7/2010

Local laws apply. Check with your local regulatory agency for recertification requirements.

Mary M. Adolf
President and Chief Operating Officer
National Restaurant Association Educational Foundation

© 2004 National Restaurant Association Educational Foundation
03102201
v0501

National Restaurant Association
EDUCATIONAL FOUNDATION
www.nraef.org

Federal Prison Camp
Pollock, Louisiana

Presents

# JOHN JONES

with this special

# CERTIFICATE OF ACHIEVEMENT

for the completion of

# COMMERCIAL DRIVER'S LICENSE

Adult Continuing Education Class

March 23-2006

_____

R. Doyle, Camp Education Coordinator

# CERTIFICATE OF COMPLETION

Let it be known that

**John Jones**

has satisfactorily completed all required coursework for the

**DRUG ABUSE EDUCATION COURSE**

at the Federal Correctional Institution at Yazoo City, MS

Awarded on this the 27th day of May, 2004.

L. Williams, M.S.
Drug Abuse Program Specialist

Janise A. Hinson, Ph.D.
Drug Abuse Program Coordinator



# Certificate of Completion

This is to certify that

## John Jones

Has successfully completed the KSC TRI SYSTEMS, USA, INC.-TRITON INSTITUTE course in:

### Personal Computer Applications

Microcomputer Applications    195 Hours
MS Word
MS Excel
MS Access

Completion Date:    April 3, 2006
Instructor:    April Thomas

Charles Igwe
Director of Education

April 3, 2006
Date

# CERTIFICATE OF COMPLETION

### The undersigned hereby acknowledges that

## *John Jones*

### has successfully completed all requirements for the
### VOCATIONAL TRAINING MICROCOMPUTER APPLICATIONS

This certificate is hereby issued this 12th day of July, 2006.



_____           7/12/06
**Ron Martinez, Supervisor of Education**        Date

*John Jones*



# Certificate

## Of Completion In

## Calisthenics Class

### Awarded To

### J. JONES
### #27306-034

Completed May 27, 2006

F.P.C Pollock Recreation Department



Recreation Specialist





THIS CERTIFIES THAT

has satisfactorily completed

in

# Certificate

*John Jones*

*Basic Keyboarding*

*Office Systems Technology*

conducted by

## Louisiana Technical College
### Alexandria Campus

Given this ____ 20th ____ day of ____ September ____ 2005

Campus Dean, Louisiana Technical College Campus

Instructor



State of Mississippi

High School Equivalency Diploma

State Board for Community and Junior Colleges

This is to certify that

JOHN M. JONES

has taken the General Educational Development Test (GED) provided through the GED Testing Service of the American Council on Education, with test scores comparable to those earned by high school graduates, and is hereby awarded this High School Equivalency Diploma, the legal equivalent of a high school diploma, as determined by the Mississippi State Board of Education.

January 9, 2008
Date

_____
Executive Director

10527
Diploma Number

_____
State Administrator, GED Testing



# Certificate

## Of Completion In

## calisthenics class

### Awarded To

## J. JONES #27306-034

Completed May 27, 2006

F.P.C Pollock Recreation Department

Recreation Specialist




# HOLMES COMMUNITY COLLEGE
## WORKFORCE DEVELOPMENT CENTER

*This is to Certify That*

### John Jones

HAS SATISFACTORILY COMPLETED A COURSE IN

**CULINARY ARTS**

CONSISTING OF *600* HOURS OF INSTRUCTION

AND IN RECOGNITION THEREOF IS AWARDED
THIS CERTIFICATE OF COMPLETION
SIGNED THIS 15th DAY OF December 2004

_____
President

_____
Instructor



# Certificate of Completion

Let it be known that

## John Jones

has satisfactorily completed
all required coursework for the

Anger Management Support Group: (Cage Your Rage)
at the Federal Correctional Institution Yazoo City, MS.

Awarded on this the 5th day of February, 2003.

D. Harris Rice
Correctional Counselor

Ok Wright
Unit Manager



FEDERAL PRISON CAMP,
POLLOCK, LOUISIANA

Present

*John Jones*

with this special

CERTIFICATE OF ACHIEVEMENT

for the completion of

*Parenting from a Distance*

Adult Continuing Education Class

September 28, 2005

Rhonda Doyle
Camp Education Coordinator