LAED 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| John Michael Jones | ) | Case No: 00-368 |
| | ) | USM No: 27306-034 |
| Date of Previous Judgment: 05/20/2002 | ) | pro se |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 130 months as to Counts 1,2,3 **is reduced to** 120 Months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
|---|---|---|---|
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 121 to 151 months | Amended Guideline Range: | 100 to 125 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

If this sentence is less than the amount of time the defendant has already served, then this sentence is reduced to a "time served" sentence.
This sentence is to run concurrently.

Except as provided above, all provisions of the judgment dated 05/22/2002 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 04/07/2008

Effective Date: 04/12/2008
(if different from order date)

Judge's signature

Hon. Stanwood R. Duval, Jr., U.S. District Judge
Printed name and title