✎ LAED 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| John Michael Jones | ) | Case No: <u>00-368</u> |
| | ) | USM No: <u>27306-034</u> |
| Date of Previous Judgment: <u>05/20/2002</u> | ) | <u>pro se</u> |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of <u>130</u> months as to Counts 1,2,3 **is reduced to** <u>120 Months</u>.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level: <u>29</u> | | Amended Offense Level: <u>27</u> |
| Criminal History Category: <u>IV</u> | | Criminal History Category: <u>IV</u> |
| Previous Guideline Range: <u>121</u> to <u>151</u> months | | Amended Guideline Range: <u>100</u> to <u>125</u> months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

If this sentence is less than the amount of time the defendant has already served, then this sentence is reduced to a "time served" sentence.
This sentence is to run concurrently.

Except as provided above, all provisions of the judgment dated <u>05/22/2002</u> shall remain in effect.
**IT IS SO ORDERED**.

Order Date: <u>04/07/2008</u>

_____
Judge's signature

Effective Date: <u>04/12/2008</u>
(if different from order date)

Hon. Stanwood R. Duval, Jr., U.S. District Judge
Printed name and title